# Exhibit A

**Smith et al v Conifer Health Solutions, LLC et al. - Exhibit A**
**Call Log of Incoming Calls and Voicemail Transcriptions**

| Date of Call | Phone Number | Time of Call | Transcript of Voicemail |
|---|---|---|---|
| March 1, 2018 | 1-877-273-1960 | 13:10 PM | A |
| March 6, 2018 | 1-877-796-8543 | 10:34 AM | B-1 |
| March 7, 2018 | 1-877-796-8543 | 10:44 AM | C |
| March 13, 2018 | 1-877-796-8543 | 11:42 AM | C |
| March 14, 2018 | 1-877-796-8543 | 13:18 PM | None |
| March 14, 2018 | 1-877-796-8543 | 13:18 PM | None |
| March 15, 2018 | 1-877-796-8543 | 10:47 AM | C |
| March 19, 2018 | 1-877-796-8543 | 13:35 PM | C |
| March 20, 2018 | 1-877-796-8543 | 11:54 AM | B |
| March 21, 2018 | 1-877-796-8543 | 12:07 PM | B-1 |
| March 21, 2018 | 1-877-796-8543 | 12:07 PM | None |
| March 27, 2018 | 1-877-796-8543 | 10:40 AM | None |
| March 27, 2018 | 1-877-796-8543 | 10:40 AM | Silence |
| March 28, 2018 | 1-877-796-8543 | 13:28 PM | None |
| March 28, 2018 | 1-877-796-8543 | 13:28 PM | None |
| March 28, 2018 | 1-877-273-1960 | 13:33 PM | Silence |
| April 2, 2018 | 1-877-796-8543 | 15:48 PM | C |
| April 3, 2018 | 1-877-796-8543 | 12:52 PM | C |
| April 4, 2018 | 1-877-796-8543 | 11:09 AM | None |
| April 4, 2018 | 1-877-796-8543 | 11:09 AM | None |
| April 5, 2018 | 1-877-273-1960 | 10:11 AM | Silence |
| April 9, 2018 | 1-972-807-3172 | 9:11:00 AM | Unknown message – not saved. |
| April 9, 2018 | 1-972-807-3172 | 12:21:00 PM | Unknown message – not saved. |
| April 9, 2018 | 1-877-796-8543 | 14:21 PM | Unknown message – not saved. |
| April 9, 2018 | 1-877-796-8543 | 14:21 PM | Unknown message – not saved. |
| April 9, 2018 | 1-877-796-8543 | 14:22 PM | C |
| April 9, 2018 | 1-877-796-8543 | 14:24 PM | Silence |
| April 11, 2018 | 1-877-796-8543 | 12:08 PM | C |
| April 12, 2018 | 1-877-796-8543 | 12:28 PM | C |
| April 15, 2018 | 1-877-796-8543 | 10:48 AM | Unknown message – not saved. |
| April 16, 2018 | 1-877-796-8543 | 11:56 AM | C |

| Date of Call | Phone Number | Time of Call | Transcript of Voicemail |
|---|---|---|---|
| April 17, 2018 | 1-877-796-8543 | 11:16 AM | Unknown message – not saved. |
| April 18, 2018 | 1-877-796-8543 | 12:42 PM | Unknown message – not saved. |
| April 18, 2018 | 1-877-796-8543 | 12:43 PM | C |
| April 20, 2018 | 1-877-493-8309 | 17:38 PM | E |
| April 25, 2018 | 1-877-796-8543 | 10:37 AM | C |
| April 26, 2018 | 1-877-273-1960 | 16:50 PM | F |
| April 30, 2018 | 1-877-493-8309 | 13:30 PM | B |
| May 1, 2018 | 1-877-796-8543 | 11:29 AM | E |
| May 2, 2018 | 1-877-796-8543 | 11:24 AM | Silence |
| May 4, 2018 | 1-877-796-8543 | 10:30 AM | Silence |
| May 4, 2018 | 1-877-796-8543 | 10:30 AM | Silence |
| May 7, 2018 | 1-877-273-1960 | 15:05 PM | G |
| May 8, 2018 | 1-877-796-8543 | 12:42 PM | Silence |
| May 8, 2018 | 1-877-796-8543 | 12:42 PM | C |
| May 11, 2018 | 1-877-796-8543 | 10:14 AM | C |
| May 14, 2018 | 1-877-796-8543 | 10:46 AM | Silence |
| May 14, 2018 | 1-877-796-8543 | 10:46 AM | B |
| May 15, 2018 | 1-877-796-8543 | 10:37 AM | B |
| May 16, 2018 | 1-877-796-8543 | 11:13 AM | B |
| May 21, 2018 | 1-877-796-8543 | 11:25 AM | Silence |
| May 21, 2018 | 1-877-796-8543 | Unknown | Silence |
| May 22, 2018 | 1-877-796-8543 | 10:10 AM | D |
| May 22, 2018 | 1-877-796-8543 | 12:45 PM | E |
| May 23, 2018 | 1-877-796-8543 | 11:54 AM | Silence |
| May 30, 2018 | 1-833-784-5490 | 17:20 PM | H |
| May 31, 2018 | 1-877-796-8543 | 11:35 AM | B |
| June 5, 2018 | 1-877-796-8543 | 10:05 AM | C |
| June 5, 2018 | 1-877-273-1960 | 17:52 PM | E |
| June 6, 2018 | 1-877-796-8543 | 10:25 AM | Silence |
| June 11, 2018 | 1-877-796-8543 | 10:57 AM | C |
| June 13, 2018 | 1-877-796-8543 | 11:31 AM | None |
| June 13, 2018 | 1-877-796-8543 | 11:31 AM | None |
| June 13, 2018 | 1-877-273-1960 | 15:59 PM | E |
| June 18, 2018 | 1-877-796-8543 | 14:48 PM | None |
| June 18, 2018 | 1-877-796-8543 | 14:49 PM | None |
| June 19, 2018 | 1-877-796-8543 | 10:42 AM | None |
| June 19, 2018 | 1-877-796-8543 | 10:43 AM | B |
| June 20, 2018 | 1-877-796-8543 | 10:42 AM | Silence |

| Date of Call | Phone Number | Time of Call | Transcript of Voicemail |
|---|---|---|---|
| June 20, 2018 | 1-877-796-8543 | 10:43 AM | Silence |
| June 20, 2018 | 1-877-796-8543 | 10:43 AM | Silence |
| June 20, 2018 | 1-877-796-8543 | 10:43 AM | Silence |
| June 20, 2018 | 1-877-796-8543 | 10:44 AM | Silence |
| June 20, 2018 | 1-877-796-8543 | 10:45 AM | Silence |
| June 20, 2018 | 1-877-796-8543 | 10:47 AM | Silence |
| June 22, 2018 | 1-877-273-1960 | 10:56 AM | E |
| June 26, 2018 | 1-877-796-8543 | 12:57 PM | D |
| June 28, 2018 | 1-877-273-1960 | 10:21 AM | I |
| July 5, 2018 | 1-877-796-8543 | 11:23 AM | B |

## Transcriptions of Above-Mentioned Voicemails left on Mr. Smith's phone

Most of the Robo Messages are the same voice with the same inflection. The messages are the same length and also cut off at exactly the same place.

**Calls came in from these numbers:**
1-877-796-8543
1-877-493-8309
1-977-273-1960
1-833-784-5490
1-972-807-3172

**Voicemail A:**
[Silence] "Hello, this message is for Marissa. My name is Celeste and I'm with the business office of Baylor Scott & White Sunnyvale Medical Center. We do have an important business matter to discuss with you. If you could please return my call to 877-796-8543. Again, that is 877-796-8543. We are open Monday through Friday 7:30 AM to 7:00 PM central standard time. Thank you."

**Voicemail B**
[4 seconds of silence] "Hello this is the business office of Baylor Scott & White Medical Center in Sunnyvale, also known as Texas Regional Medical Center calling. Please respond to this message by calling 1-877-796-8543 between the hours of 7:30 AM and 7:00 PM central time, Monday through Friday. Please note this call is not related to any medical situation. Once again, please call 1-877-796-8543."

**Voicemail B-1**
"Hello this is the business office of Baylor Scott & White Medical Center in Sunnyvale, also known as Texas Regional Medical Center calling. Please respond to this message by calling 1-877-796-8543 between the hours of 7:30 AM and 7:00 PM central time, Monday through Friday. Please note this call is not related to any medical situation. Once again, please call 1-877-796-8543"

**Voicemail C**
"Hello this is the business office of Baylor Scott & White Medical Center in Sunnyvale, also known as Texas Regional Medical Center calling. Please respond to this message by calling 1-877-796-8543 between the hours of 7:30 AM and 7:00 PM central time, Monday through Friday. Please note this call is not related to any medical situation. Once again, please call 1-877-796-8 (cut off)"

**Voicemail D**
"Hello this is the business office of Baylor Scott & White Medical Center in Sunnyvale, also known as Texas Regional Medical Center calling. Please respond to this message by calling 1-877-796-8543 between the hours of 7:30 AM and 7:00 PM central time, Monday through Friday. Please note this call is not related to any medical situation. Once again, please call 1-877-796-85 (cut off)"

**Voicemail E**
[5 seconds of Silence] "Hello, this is the business office of Baylor Scott and White Medical Center in Sunnyvale also known as Texas Regional Medical Center. Please return this call at 1-877-796-8543 between the hours of 8 AM and 7 PM central time. Please note this call is not related to any medical situation. Again, please call 1-877-796-8543. Thank you."

**Voicemail F**
"Hello, my name is Julie with the business office of Baylor Scott & White Sunnyvale (unintelligible) Marissa in regards to a business matter. If you could please return our call to 877-796-8543. We are open Monday through Friday 7:30 AM to 8:00 PM. Thank you."

**Voicemail G**
[10 seconds of silence] "Yes a message is for Marissa Coonront if you could (unintelligible) us today - Baylor Scott White Sunnyvale. My number is 1-877-796-8543. It is important. We are he…(cut off)."

**Voicemail H**
[3 seconds of silence] "Hi this message is for Marissa….Kunra. My name is Julian calling with the business office of Baylor Scott & White in Sunnyvale. We do have a very important business matter to discuss with you. Please give us a call back at 877-796-8543. We're open until 8 pm central standard time. Thank you."

**Voicemail I:**
[Silence] "Hello, this message is for Marissa. My name is Tonya. I'm calling with the business office at Baylor Scott & White. We do have an important business matter to discuss with you. Please return our call at 1-877-796-8543. And we are open Monday through Friday 7:00 AM to 8:00 PM central standard time. Thank you and have a nice day."