IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **MATTHEW SMITH** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONIFER HEALTH SOLUTIONS, LLC; TEXAS REGIONAL MEDICAL CENTER, LLC DBA BAYLOR SCOTT & WHITE MEDICAL CENTER – SUNNYVALE; CONIFER PATIENT COMMUNICATIONS, LLC; AND CONIFER REVENUE CYCLE SOLUTIONS, LLC,**<br><br>*Defendants* | CIVIL ACTION NO.<br>4:22-cv-134-SDJ<br><br>JURY |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff Matthew Smith ("Plaintiff") and hereby gives Notice that the parties have reached a tentative settlement which will resolve the pending action in its entirety.

The parties anticipate it may take up to 60 days to finalize the language in the Settlement Agreement. The parties request that the Court abate all pending deadlines in the case pending filing of the Dismissal paperwork.

Dated: April 27, 2022

                              Respectfully submitted,

By:   */s/ Walt D. Roper*
      Walt D. Roper
      Texas Bar No. 00786208
      **THE ROPER FIRM, P.C.**
      110 E. Louisiana Street, Suite 100
      McKinney, Texas 75069
      Telephone: 214-420-4520
      Facsimile: 1+214-856-8480
      Email: walt@roperfirm.com

      **LEAD ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

R. Martin Weber, Jr.
Texas State Bar No. 00791895
**CROWLEY NORMAN LLP**
3 Riverway, Ste. 1775
Houston, Texas 77056
Telephone: 713-651-1771
Facsimile: 713-651-1775
Email: mweber@crowleynorman.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2022, I electronically filed this Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Walt D. Roper*
                                        Walt D. Roper