UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW SMITH, Individually and on Behalf of all Others Similarly Situated | § § § § | |
| v. | § § | CIVIL NO. 4:22-CV-134-SDJ |
| CONIFER HEALTH SOLUTIONS, LLC, ET AL. | § § § | |

## ORDER ON CLOSING DOCUMENTS AND STAYING DEADLINES

The Court has been advised by Plaintiff, through counsel, that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **June 27, 2022**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** pending the resolution of the case or until further order of the Court.

**So ORDERED and SIGNED this 29th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE