IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATTHEW SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONIFER HEALTH SOLUTIONS, LLC; TEXAS REGIONAL MEDICAL CENTER, LLC DBA BAYLOR SCOTT & WHITE MEDICAL CENTER – SUNNYVALE; CONIFER PATIENT COMMUNICATIONS, LLC; AND CONIFER REVENUE CYCLE SOLUTIONS, LLC,<br><br>*Defendant* | CIVIL ACTION NO. 4:22-cv-134-SDJ<br><br>JURY |

## NOTICE OF DISMISSAL

TO THE HONORABLE DISTRICT JUDGE SEAN D. JORDAN:

COMES NOW, Plaintiff, Matthew Smith individually, who gives Notice that he hereby dismisses all claims against Defendants Conifer Health Solutions, LLC, Texas Regional Medical Center, LLC d/b/a Baylor Scott & White Medical Center – Sunnyvale, Conifer Patient Communications, LLC and Conifer Revenue Cycle Solutions, LLC on an individual bases with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Plaintiff Matthew Smith also gives Notice that he hereby dismisses all claims, if any, of potential

putative class members in the lawsuit without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  June 14, 2022 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Walt D. Roper
　　　　　　　　　　　　　　　　　　　　Walt D. Roper
　　　　　　　　　　　　　　　　　　　　TX State Bar No. 00786208
　　　　　　　　　　　　　　　　　　　　**THE ROPER FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　110 E. Louisiana Street, Suite 100
　　　　　　　　　　　　　　　　　　　　McKinney, TX 75069
　　　　　　　　　　　　　　　　　　　　Telephone: 214-420-4520
　　　　　　　　　　　　　　　　　　　　Facsimile: 1+214-856-8480
　　　　　　　　　　　　　　　　　　　　Email: walt@roperfirm.com

　　　　　　　　　　　　　　　　　　**LEAD ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

R. Martin Weber, Jr.
TX State Bar No. 00791895
**CROWLEY NORMAN LLP**
3 Riverway, Ste. 1775
Houston, Texas 77056
Telephone: 713-651-1771
Facsimile: 713-651-1775
Email: mweber@crowleynorman.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that on June 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　/s/ Walt D. Roper
　　　　　　　　　　　　　　　　　　Walt D. Roper